UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


JAMES DOUGLAS SMITH,

        Plaintiff,

v.                                                  3:13-cv-80


STATE OF TENNESSEE, et al.,

        Defendants.


## JUDGMENT ORDER


In accordance with the accompanying Memorandum, the court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.


      **ENTER:**

                                                      s/ Thomas W. Phillips
                                                United States District Judge


ENTERED AS A JUDGMENT
    *s/ Debra C. Poplin*
      CLERK OF COURT